McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
MAY 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PIERRE DUNCAN, and<br>EVA SYMONE CHRISTIAN,<br><br>Defendants. | CASE NO. 2:19-CR-0090 MCE<br><br>18 U.S.C. §§ 1591(a)(1) and 1594(c) – Conspiracy to Engage in Sex Trafficking; 18 U.S.C. §§ 1591(a)(1), (b)(2) – Sex Trafficking of a Child; 18 U.S.C. § 1594(d) – Criminal Forfeiture |

## INDICTMENT

COUNT ONE: [18 U.S.C. §§ 1591(a)(1) and 1594(c) – Conspiracy to Engage in Sex Trafficking]

The Grand Jury charges: T H A T

ROBERT PIERRE DUNCAN, and
EVA SYMONE CHRISTIAN,

defendants herein, beginning on a date unknown, but no later than in and around September 2018, and continuing through in and around October 2018, in the County of Sacramento, State and Eastern District of California, and elsewhere, in and affecting interstate commerce, conspired with each other to knowingly and, except as to the act of advertising, in reckless disregard of the fact that Minor A, a person known to the Grand Jury, had not attained the age of 18 years, and after having reasonable opportunity to observe Minor A, recruit, entice, harbor, transport, provide, obtain, advertise, and

maintain by any means Minor A, knowing that Minor A would be caused to engage in at least one commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1594(c).

COUNT TWO: [18 U.S.C. §§ 1591(a)(1), (b)(2) – Sex Trafficking of a Child]

The Grand Jury further charges: T H A T

ROBERT PIERRE DUNCAN, and
EVA SYMONE CHRISTIAN,

defendants herein, beginning on a date unknown, but no later than in and around September 2018, and continuing through in and around October 2018, in the County of Sacramento, State and Eastern District of California, and elsewhere, in and affecting interstate commerce, knowing and, except as to the act of advertising, in reckless disregard of the fact that Minor A, a person known to the Grand Jury, had not attained the age of 18 years, and after having reasonable opportunity to observe Minor A, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means Minor A, knowing that Minor A would be caused to engage in at least one commercial sex act, in violation of Title 18, United States Code, Sections 2, and 1591(a)(1) and (b)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendants ROBERT PIERRE DUNCAN and EVA SYMONE CHRISTIAN shall forfeit to the United States pursuant to 18 U.S.C. § 1594(d), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violations.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendants are convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

///

1         e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

                                    A TRUE BILL.

                                    /s/ **Signature on file w/AUSA**

                                    FOREPERSON

_/s/_
McGREGOR W. SCOTT
United States Attorney

INDICTMENT                                    3

No. 2:19-CR-0090 MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

vs.

### ROBERT PIERRE DUNCAN, and EVA SYMONE CHRISTIAN

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 1591(a)(1) and 1594(c) – Conspiracy to Engage in Sex Trafficking; 18 U.S.C. §§ 1591(a)(1), (b)(2) – Sex Trafficking of a Child; 18 U.S.C. § 1594(d) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

Filed in open court this ___30___ day of ___May___, A.D. 20 19

NO BAIL WARRANT as to both defendants

_____
*Clerk.*

Bail, $ _____

GPO 863 525

## United States v. Robert Pierre Duncan, et al.
### Penalties for Indictment

**Defendants**
Robert Pierre Duncan
Eva Symone Christian

**COUNT 1:**          **ALL DEFENDANTS**

VIOLATION:       18 U.S.C. §§ 1591(a)(1) and 1594(c) – Conspiracy to Engage in Sex Trafficking

PENALTIES:       A maximum of up to life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 and $5,000 (mandatory on each count for non-indigent person, 18 U.S.C. § 3014(a)(4))

**COUNT 2:**          **ALL DEFENDANTS**

VIOLATION:       18 U.S.C. §§ 1591(a)(1), (b)(2) – Sex Trafficking of a Child

PENALTIES:       Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 and $5,000 (mandatory on each count for non-indigent person, 18 U.S.C. § 3014(a)(4))

**FORFEITURE ALLEGATION:**    **ALL DEFENDANTS**

VIOLATION:       18 U.S.C. § 1594(d) – Criminal Forfeiture

PENALTIES:       As stated in the charging document

2:19-CR-0090 MCE