McGREGOR W. SCOTT
United States Attorney
ANDRÉ M. ESPINOSA
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAY 30 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0090 MCE |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| ROBERT PIERRE DUNCA, and EVA SYMONE CHRISTIAN, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorneys André M. Espinosa and Brian A. Fogerty to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: 5-30-19

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3