1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUN 0 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12                Plaintiff,            CASE NO. 2:19-CR-90 MCE

13        v.                           [PROPOSED] ORDER TO FILE REDACTED
                                       COPY OF INDICTMENT
14 ROBERT PIERRE DUNCAN, et al,

15                Defendants.

16

17       The United States' motion to unseal the above-referenced case, maintain under seal all

18 previously filed documents, and direct the Clerk of the Court to file a redacted copy of the indictment is

19 GRANTED.

20  Dated: June 3, 2019

21

22                                     HON. EDMUND F. BRENNAN
                                       United States Magistrate Judge
23

24

25

26

27

28