KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EVA CHRISTIAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>   v.<br><br>ROBERT PIERRE DUNCAN, and<br>EVA SYMONE CHRISTIAN<br><br>        Defendants. | ) No. 2:19-CR-0090MCE<br>)<br>) STIPULATION<br>) CONTINUING STATUS<br>) CONFERENCE AND EXCLUDABLE TIME;<br>) PERIODS UNDER SPEEDY TRIAL ACT;<br>) ORDER<br>)<br>) Date: 9/12/19<br>) Time: 10:00 a.m.<br>) Court: Hon. Morrison C. England<br>)<br>) |

STIPULATION

1. By previous order, this matter was set for status on July 25, 2019.

2. By this stipulation, defendants now move to continue the status conference until September 12, 2019, and to exclude time between July 25, 2018 and September 12, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has provided initial discovery associated with this case that includes hours of audio recordings. The indictment for Mr. Duncan was

-1-

filed on Mya 30, 2019. Ms. Christian was arraigned on June 14, 2019.

   b. Counsel for defendants desire additional time to review and copy discovery, consult with their clients, negotiate possible resolution, finish investigation and discuss developments with their clients.

   c. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2019, to September 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 22, 2019	Respectfully submitted,

			/s/ Andre Espinosa
			ANDRE ESPINOSA
			Assistant U.S. Attorney

Dated: June 22, 2019	/s/ Kelly Babineau
			KELLY BABINEAU
			Attorney for Eva Christian

Dated: June 22, 2019	/s/ Shari Rusk
			SHARI RUSK
			Attorney for ROBERT DUNCAN

## ORDER

    IT IS SO ORDERED.

Dated:  July 24, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE