McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOSA
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PIERRE DUNCAN, and<br>EVA SYMONE CHRISTIAN,<br><br>Defendants. | CASE NO. 2:19-CR-90 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: October 10, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Robert Pierre Duncan, by and through counsel Shari Rusk, and defendant Eva Symone Christian, by and through counsel Kelly Babineau, hereby agree and stipulate as follows:

1. On September 12, 2019, the Court set this case for a status conference to be held on October 10, 2019. ECF No. 31. The parties request that the Court vacate the October 10, 2019, status conference, and set this case for another status conference on November 7, 2019, at 10:00 a.m., and exclude time in the interim, pursuant to the Speedy Trial Act and Local Code T-4.

2. The government has produced voluminous discovery in this case, including hundreds of pages of documents, several cell phone extractions, and recordings of telephone calls that were intercepted pursuant to court orders. Counsel for the defendants will need time to review the allegations underlying all of the charges in the indictment, examine the evidence, confer with their respective clients, and prepare for trial.

STIPULATION AND ORDER    1

3. Based on the foregoing facts, the parties agree that the interests of justice served by vacating the October 10, 2019, status conference, and resetting the case for a status conference on November 7, 2019, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded from the date of this Order to and including November 7, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated: October 9, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: October 9, 2019

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
Robert Pierre Duncan

Dated: October 9, 2019

/s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant
Eva Symone Christian

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court VACATES the October 10, 2019, status conference, and RESETS the case for a status conference November 7, 2019, at 10:00 a.m. The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to grant a continuance and exclude the time between the date of this Order and November 7, 2019, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from the date of this Order to and including November 7, 2019, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: October 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE