McGREGOR W. SCOTT
United States Attorney
ANDRE M. ESPINOSA
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT PIERRE DUNCAN, and <br> EVA SYMONE CHRISTIAN, <br><br> Defendants. | CASE NO. 2:19-CR-90 MCE <br><br> STIPULATION AND ORDER FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT <br><br> DATE: December 11, 2019 <br> TIME: 10:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Robert Pierre Duncan, by and through counsel Shari Rusk, and defendant Eva Symone Christian, by and through counsel Kelly Babineau, hereby agree and stipulate as follows:

1. On November 13, 2019, the Court set this case for a status conference to be held on December 11, 2019. ECF No. 37. On December 3, 2019, the Court *sua sponte* vacated the December 11, 2019, status conference and reset it for January 23, 2020. ECF No. 38. The parties request that the Court exclude time between December 9, 2019, and January 23, 2020, pursuant to the Speedy Trial Act and Local Code T-4.

2. The government has produced voluminous discovery in this case, including hundreds of pages of documents, several cell phone extractions, and recordings of telephone calls that were intercepted pursuant to court orders. Counsel for the defendants continue to need time to review the allegations underlying all of the charges in the indictment, examine the evidence, confer with their

respective clients, and prepare for trial. Counsel for both defendants are also simultaneously handling other matters in this Court and elsewhere, which provides an additional basis for the exclusion of time between December 9, 2019, and January 23, 2020.

3. Based on the foregoing facts, the parties agree that the interests of justice served by excluding the time between December 9, 2019, and January 23, 2020, under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded from December 9, 2019, to and including January 23, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated: December 9, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: December 9, 2019

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
Robert Pierre Duncan

Dated: December 9, 2019

/s/ KELLY BABINEAU
KELLY BABINEAU
Counsel for Defendant
Eva Symone Christian

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between the December 9, 2019, and January 23, 2020, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from December 9, 2019, to and including January 23, 2020, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE