**SHARI RUSK:  170313**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
ROBERT DUNCAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**ROBERT DUNCAN,**<br>　　　　　　　**Defendant.** | No. 2:19-cr-0090 MCE<br><br>**AMENDED REQUEST TO PROCEED WITH STATUS CONFERENCE; WAIVER**<br>Court: Hon. Morrison C. England<br>Date:　July 30, 2020<br>Time:　10:00 a.m. |

　　　Pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748 (March 27, 2020) and the Court's General Order 614 of March 30, 2020, defendant Robert Duncan hereby requests the Court to waive his physical appearance and permit him to appear by videoconference or telephonically for the status conference set for July 30, 2020. In General Order 614, the Court found that such hearings generally cannot be conducted in person in this district without seriously jeopardizing public health and safety. The Court authorized the use of videoconferencing if "for specific reasons, . . . that case cannot be further delayed without serious harm to the interests of justice." A status conference in Mr. Duncan's case cannot be further delayed without serious harm to the interests of justice. Mr. Duncan has told counsel that he consents to disposition hearing via the videoconference/teleconference procedure set

forth in the CARES Act and adopted by the Court in General Order 614, and that he further consents to having his appearance waived.  That consent need not be in writing. (Gen. Order 614, p. 2.)

      To the extent that Mr. Duncan has a right to have the Judge be personally present in Court at the time of  hearing, he waives that right, whether it arises under the Federal Rules of Criminal Procedure, the United States Code, the U.S. Constitution, or any other law. He further waives any claim of error, on any basis, that these hearings should not have been held without the Judge or parties being physically present in Court.

      It is his personal and specific request to be appear as soon as the Court is able. He  makes this request mindful of the fact that the Judge, although observing the proceedings via video or telephone, may be less able to personally observe his physical demeanor.

      I hereby concur in my client's request and waiver. Respectfully Submitted,

Dated: July 28, 2020

SHARI RUSK

*/s/ SHARI RUSK*

 Attorney for Defendant

Robert Duncan

/s/ Robert Duncan

      IT IS SO ORDERED.

Dated:  August 18, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE