PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00090-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING JURY TRIAL AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROBERT PIERRE DUNCAN, | DATE: December 6, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Robert Duncan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a further status conference on December 6, 2021.

2. By this stipulation, the parties now move to set this case for a jury trial beginning January 11, 2022, and to exclude time between November 15, 2021, and January 11, 2022, under Local Code T4.

3. The parties further request that the Court convert the December 6, 2021 status conference to a trial confirmation hearing to be held via Zoom at 9:00 a.m.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery that includes thousands of pages of investigative reports, wiretap calls, video, images, and records extracted from mobile cellular

devices, including records from one mobile cellular device that were recently extracted by law enforcement. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the current charges, review discovery, and otherwise prepare for trial.

      c)     Counsel for the defendant is also presently engaged in other matters pending in state court.

      d)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     Counsel for the defendant also believes that failure to grant the above-requested continuance would unreasonably deny the defendant continuity of counsel.

      f)     The government does not object to the continuance.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period November 15, 2021 to January 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 18, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
SAM STEFANKI
Assistant United States Attorneys

Dated: November 18, 2021

/s/ JESSE ORTIZ
JESSE ORTIZ
Counsel for Defendant
ROBERT PIERRE DUNCAN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2021.

DATED: November 19, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING JURY TRIAL AND EXCLUDABLE TIME PERIODS

3