| Username | Phone Number | Name | Email | DOB | Phone Ownership From | Phone Ownership To |
|---|---|---|---|---|---|---|
| isgjxjxjxjj | +91 91675 87904 | | isgjxjxjxjj@gmail.com | | 2018-07-01 04:00:00 UTC | 2018-07-27 08:22:05 UTC |
| tammirvann | +91 91675 87904 | | tammirvann@gmail.com | | 2018-07-29 23:17:19 UTC | 2018-08-08 06:50:02 UTC |
| baldy007 | +91 91675 87904 | | jb012117@gmail.com | 8/8/2018 | 2018-08-09 04:44:32 UTC | 2018-08-24 08:18:30 UTC |
| robertd6900 | +91 91675 87904 | Robert Duncan | robertd6900@gmail.com | | 2018-08-25 18:36:37 UTC | 2018-09-27 08:37:52 UTC |
| izeiahsjaj | +91 91675 87904 | | jkkjkakas@gmail.com | 9/28/2018 | 2018-09-28 05:47:26 UTC | 2018-10-13 08:54:45 UTC |
| hdjsoh | +91 91675 87904 | | hdjsoh@gmail.com | | 2018-10-13 13:55:11 UTC | 2018-10-14 12:25:58 UTC |
| bhhfscbb | +91 91675 87904 | | kimvette@yahoo.ca | 10/15/2018 | 2018-10-15 04:27:25 UTC | 2018-10-15 04:31:08 UTC |
| mahalkoparinshane | +91 91675 87904 | | mahalkoparinshane@gmail.com | | 2018-10-15 05:37:55 UTC | 2018-10-25 08:57:12 UTC |
| * Ownership dates are restricted to the beginning and end of the requested date range. | | | | | | |
| * Phone number is no longer assigned to the final username. | | | | | | |

GOVERNMENT'S
TRIAL EXHIBIT
2:19-CR-00090 KJM
057