```
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: Robert Duncan
e-Mail: robertd6900@gmail.com
Services: Android, G1 Phone Backup, Gmail, Google Calendar, Location History,
Minutemaid, Web & App Activity, YouTube
Created on: 2018/08/21-19:41:46-UTC
Terms of Service IP: 2607:fb90:a759:9a2d:d217:5ec8:4aa7:ae0c, on
2018/08/21-19:41:46-UTC
SMS: +19162975718 [US]
Google Account ID: 794085025570
Last Logins: 2019/05/20-03:39:30-UTC, 2019/03/23-01:00:57-UTC,
2019/03/05-21:47:08-UTC


+--------------------------+-------------------------------------------+-------+
| Time                     | IP Address                                | Type  |
+--------------------------+-------------------------------------------+-------+
| 2019/05/20-03:39:35-UTC  | 2607:fb90:a683:8943:d015:1ae1:4dcf:f366   | Login |
| 2019/05/20-03:39:30-UTC  | 2607:fb90:a683:8943:d015:1ae1:4dcf:f366   | Login |
4 consecutive Login events from IP 2603:3006:1041:1b00:acf2:d420:b394:e413 occurred
during past 24 hours prior to the following event.
| 2019/03/23-01:07:29-UTC  | 2603:3006:1041:1b00:acf2:d420:b394:e413   | Login |
4 consecutive Login events from IP 2607:fb90:2848:b124:c92:e43e:b70d:a1e5 occurred
during past 24 hours prior to the following event.
| 2019/03/23-01:01:46-UTC  | 2607:fb90:2848:b124:c92:e43e:b70d:a1e5    | Login |
| 2019/03/05-21:47:08-UTC  | 184.196.205.138                           | Login |
| 2019/02/11-20:16:42-UTC  | 2607:fb90:a4eb:cf34:0:4:8e1b:5301         | Login |
| 2019/02/11-20:16:38-UTC  | 2607:fb90:a4eb:cf34:0:4:8e1b:5301         | Login |
| 2019/02/11-20:16:33-UTC  | 2607:fb90:a4eb:cf34:0:4:8e1b:5301         | Login |
| 2019/02/11-20:16:31-UTC  | 2607:fb90:a4eb:cf34:0:4:8e1b:5301         | Login |
| 2019/01/29-21:59:06-UTC  | 174.254.129.179                           | Login |
| 2019/01/09-21:22:20-UTC  | 172.58.32.205                             | Login |
| 2019/01/09-18:19:11-UTC  | 174.254.135.132                           | Login |
| 2018/11/29-16:43:28-UTC  | 172.58.35.224                             | Login |
| 2018/11/27-21:57:08-UTC  | 2607:fb90:a50a:ea16:ff05:f473:a026:b8af   | Login |
| 2018/11/27-21:34:05-UTC  | 172.58.33.218                             | Login |
| 2018/11/27-21:34:00-UTC  | 172.58.33.218                             | Login |
| 2018/11/27-21:32:42-UTC  | 172.58.33.218                             | Login |
| 2018/11/27-21:32:41-UTC  | 172.58.33.218                             | Login |
| 2018/11/27-21:32:38-UTC  | 2607:fb90:a50a:ea16:ff05:f473:a026:b8af   | Login |
| 2018/11/14-21:45:38-UTC  | 2607:fb90:a4e6:9aff:609e:4e3b:29ad:62e9   | Login |
| 2018/11/14-21:45:37-UTC  | 2607:fb90:a4e6:9aff:609e:4e3b:29ad:62e9   | Login |
| 2018/11/14-21:43:04-UTC  | 172.58.33.105                             | Login |
| 2018/11/14-21:42:52-UTC  | 2607:fb90:a4e6:9aff:609e:4e3b:29ad:62e9   | Login |
| 2018/11/14-21:42:50-UTC  | 172.58.33.105                             | Login |
| 2018/11/14-21:41:27-UTC  | 172.58.33.105                             | Login |
| 2018/11/14-21:41:16-UTC  | 172.58.33.105                             | Login |
| 2018/11/14-21:41:14-UTC  | 172.58.33.105                             | Login |
| 2018/11/14-21:41:13-UTC  | 2607:fb90:a4e6:9aff:609e:4e3b:29ad:62e9   | Login |
```



GOVERNMENT'S
TRIAL EXHIBIT
2:19-CR-00090 KJM
058

```
| 2018/11/12-04:18:15-UTC | 2607:fb90:a507:67f:89db:3949:5a15:3bb0  | Login |
| 2018/11/12-04:18:14-UTC | 2607:fb90:a507:67f:89db:3949:5a15:3bb0  | Login |
| 2018/11/12-04:17:56-UTC | 2607:fb90:a507:67f:89db:3949:5a15:3bb0  | Login |
| 2018/11/10-11:59:50-UTC | 2607:fb90:277a:72f8:b995:b82e:2884:fad5 | Login |
| 2018/11/10-11:59:14-UTC | 172.56.39.220                           | Login |
| 2018/11/10-11:56:51-UTC | 2607:fb90:277a:72f8:b995:b82e:2884:fad5 | Login |
| 2018/11/10-11:56:15-UTC | 2607:fb90:277a:72f8:b995:b82e:2884:fad5 | Login |
| 2018/11/10-11:55:57-UTC | 172.56.39.220                           | Login |
| 2018/11/09-19:48:18-UTC | 2607:fb90:2767:b8c3:d124:65ef:dfe2:814c | Login |
| 2018/11/09-19:48:17-UTC | 2607:fb90:2767:b8c3:d124:65ef:dfe2:814c | Login |
| 2018/11/09-19:46:08-UTC | 208.54.5.212                            | Login |
| 2018/11/09-19:46:02-UTC | 208.54.5.212                            | Login |
| 2018/11/09-19:45:57-UTC | 208.54.5.212                            | Login |
| 2018/11/09-19:45:54-UTC | 2607:fb90:2767:b8c3:d124:65ef:dfe2:814c | Login |
| 2018/10/23-15:33:58-UTC | 172.58.35.21                            | Login |
| 2018/10/19-01:50:54-UTC | 172.58.35.161                           | Login |
| 2018/09/26-17:51:12-UTC | 172.58.38.131                           | Login |
| 2018/09/25-19:04:02-UTC | 2607:fb90:44b:342a:9f5e:63cb:4f2a:8c7d  | Login |
| 2018/09/25-19:04:01-UTC | 2607:fb90:44b:342a:9f5e:63cb:4f2a:8c7d  | Login |
| 2018/09/25-19:03:07-UTC | 2607:fb90:44b:342a:9f5e:63cb:4f2a:8c7d  | Login |
| 2018/09/25-19:02:10-UTC | 2607:fb90:44b:342a:9f5e:63cb:4f2a:8c7d  | Login |
| 2018/09/25-19:01:53-UTC | 172.56.38.118                           | Login |
| 2018/09/25-19:01:44-UTC | 172.56.38.118                           | Login |
| 2018/09/25-18:57:15-UTC | 2607:fb90:44b:342a:9f5e:63cb:4f2a:8c7d  | Login |
| 2018/09/25-18:57:05-UTC | 172.56.38.118                           | Login |
| 2018/09/25-18:56:58-UTC | 172.56.38.118                           | Login |
| 2018/09/25-18:56:55-UTC | 172.56.38.118                           | Login |
| 2018/09/25-18:56:53-UTC | 2607:fb90:44b:342a:9f5e:63cb:4f2a:8c7d  | Login |
+-------------------------+-----------------------------------------+-------+

############## * Google Confidential and Proprietary * ###############
```



GOVERNMENT'S TRIAL EXHIBIT
2:19-CR-00090 KJM
058-002