**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, Julienne Forrester attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **TextNow, Inc.,** and my title is Privacy and Compliance Manager. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records disclosed on February 19, 2019 are true duplicates of the original records in the custody of TextNow, Inc.

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of TextNow, Inc., and they were made by TextNow, Inc. as a regular practice; and

    b.    such records were generated by TextNow, Inc.'s electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of TextNow, Inc. in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by TextNow, Inc., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

December 9, 2021                      *JForrester*
Date                                       Signature