

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *ROBERTD6900,* with Google Ref. No. 2549295 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Richard Daugherty_____          Date: 7/16/2019  
(Signature of Records Custodian)


    Richard Daugherty  
(Name of Records Custodian)

PROTECTED MATERIAL                                                                                                          DUNCAN_00000833



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 2549295)**

robertd6900.AccountInfo.txt:

MD5- dedad9ef1aeb12460685250dc30e3db5
SHA512-
83787fdb8cd5f548716aae9e7bfd2e449bb1d66c3076fa44b326e53dcbffcf3f72f212273763a80567c
b7795883eaf54ee7e4752db88cad00242fe01a2ddad1e

PROTECTED MATERIAL