```
PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00090-KJM |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES' NOTICE |
| v. | |
| ROBERT PIERRE DUNCAN, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States' Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that (1) ECF No. 156; (2) the parties' unredacted stipulation regarding Minor A's record of birth pertaining to defendant Robert Pierre Duncan; and (3) the United States' Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for defendant Robert Pierre Duncan.

DATED: January 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE