UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER



FILED
MAR 8 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00090-KJM |
| Plaintiff, | |
| v. | EXHIBIT RECEIPT |
| ROBERT PIERRE DUNCAN, | |
| Defendant. | |

_____/

At the conclusion of the trial, the trial exhibits on the attached list were returned to the undersigned party.

Dated: _____    _____
                          Brian Fogerty / Samuel Stefanki,
                          Attorney for the Government

Dated: 3/8/22             _____
                          Casey Schultz,
                          Courtroom Deputy

NOTE: If exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

*United States v. Robert Pierre Duncan, 2:19CR00090-KJM*

| Exhibit ID | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Birth Certificate of Cheyanne A. | 02/24/22 | 02/24/22 |
| 1A | Stipulation regarding Cheyanne A's birth certificate | 03/02/22 | 03/02/22 |
| 2 | Photo of Cheyanne A. on Sept. 24, 2018 | 02/28/22 | 02/28/22 |
| 3 | Photo of Robert Duncan | 03/01/22 | 03/01/22 |
| 4 | Photo of Eva Christian | 03/01/22 | 03/01/22 |
| 6 | Warrant for the Arrest of Robert Duncan | 03/02/22 | 03/02/22 |
| 6A | Stipulation regarding warrant for Robert Duncan's arrest | 03/08/22 | 03/08/22 |
| 10 | Map of Cheyanne A.'s father's apartment | 02/28/22 | 02/28/22 |
| 11 | Map of Cheyanne A.'s father's apartment | 02/28/22 | 02/28/22 |
| 12 | Photo of Cheyanne A.'s father's apartment complex | 02/28/22 | 02/28/22 |
| 13 | Map of Woodland Youth Services | 03/02/22 | 03/02/22 |
| 14 | Photo of Miramonte & Trovas apartment complex | 03/02/22 | 03/02/22 |
| 15 | Map of Miramonte & Trovas apartment complex | 03/02/22 | 03/02/22 |
| 16 | Map of Sacramento and Bay Area | 03/02/22 | 03/02/22 |
| 17 | Photo of Miramonte & Trovas apartment | 03/02/22 | 03/02/22 |
| 18 | Photo of Miramonte & Trovas apartment | 03/02/22 | 03/02/22 |
| 19 | Map of Oakland | 02/28/22 | 02/28/22 |
| 20 | Map of Oakland | 02/28/22 | 02/28/22 |
| 21 | Photo of intersection of 25th Ave. and International Blvd. | 02/28/22 | 02/28/22 |
| 22 | Photo of intersection of 25th Ave. and International Blvd. | 02/28/22 | 02/28/22 |
| 50 | Sprint subscriber records for telephone number (916) 680-0751 in the name of Jaquorey Carter | 02/24/22 | 02/24/22 |
| 51 | T-Mobile subscriber records for telephone number (916) 370-1486 in the name of Robert Duncan | 02/24/22 | 02/24/22 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 52 | T-Mobile subscriber records for telephone number (916) 745-2096 in the name of Macias Johnson | 02/24/22 | 02/24/22 |
| 53 | T-Mobile subscriber records for telephone number (916) 745-2322 in the name of Macias Johnson | 02/24/22 | 02/24/22 |
| 54 | T-Mobile subscriber records for telephone number (916) 912-8104 in the name of Marcus Smith | 02/24/22 | 02/24/22 |
| 55 | T-Mobile subscriber records for telephone number (916) 968-1693 in the name of Marcus Smith | 02/24/22 | 02/24/22 |
| 56 | T-Mobile subscriber records for telephone number (916) 912-1375 in the name of Bianca Brown | 02/24/22 | 02/24/22 |
| 57 | TextNow subscriber records for telephone number (916) 758-7904 | 02/28/22 | 02/28/22 |
| 58 | Google subscriber records for email address robertd6900@gmail.com | 02/28/22 | 02/28/22 |
| 60 | CD containing wiretap call – Call No. 122, Sept. 6, 2018 clip: 00:13 – 1:01 | 02/28/22 | 02/28/22 |
| 62 | CD containing wiretap call – Call No. 654, Sept. 8, 2018 clip: 3:07 – 3:57 | 02/28/22 | 02/28/22 |
| 63 | CD containing wiretap call – Call No. 6011, Sept. 26, 2018 clip: 2:51 – 3:28 | 02/28/22 | 02/28/22 |
| 64 | CD containing wiretap call – Call No. 6011, Sept. 26, 2018 clip: 7:11 – 7:37 | 02/28/22 | 02/28/22 |
| 65 | CD containing wiretap call – Call No. 6016, Sept. 26, 2018 clip: 00:29 – 00:38 | 02/28/22 | 02/28/22 |
| 66 | CD containing wiretap call – Call No. 6016, Sept. 26, 2018 clip: 2:13 – 2:28 | 02/28/22 | 02/28/22 |
| 101 | Photo of California License No. 6FVS841 | 03/01/22 | 03/01/22 |
| 104 | Cell phone (Cheyanne A.) [FBI No. 1B3] | 03/01/22 | 03/01/22 |
| 106 | Contacts extracted from cell phone (Cheyanne A.) | 03/01/22 | 03/01/22 |
| 107 | Call log extracted from cell phone (Cheyanne A.) | 03/01/22 | 03/01/22 |
| 108 | Photo extracted from cell phone (Cheyanne A.) | 02/28/22 | 02/28/22 |
| 108A | Data regarding photo extracted from cell phone (Cheyanne A.) | 03/01/22 | 03/01/22 |
| 109 | Photo extracted from cell phone (Cheyanne A.) | 03/01/22 | 03/01/22 |

| Exhibit ID | Description | Offered | Admitted |
|---|---|---|---|
| 109A | Data regarding photo extracted from cell phone (Cheyanne A.) | 03/01/22 | 03/01/22 |
| 150 | Cell phone seized from Duncan on Oct. 29, 2018 [FBI No. 1B6] | 03/02/22 | 03/02/22 |
| 151 | Cellebrite report details for cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 152 | Contacts extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 153 | Excerpt of call log extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 154 | SMS messages extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 157 | Photo of BMW extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/01/22 | 03/01/22 |
| 158 | Photo of BMW extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/01/22 | 03/01/22 |
| 158A | Data regarding photo of BMW extracted from cell phone sized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 159 | Image of FaceTime call with Duncan, Christian, and Cheyanne A. extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/01/22 | 03/01/22 |
| 159A | Data regarding image of FaceTime call with Duncan, Christian, and Cheyanne A. extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 160 | Image of FaceTime call with Duncan, Christian, and Cheyanne A. extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/01/22 | 03/01/22 |
| 160A | Data regarding image of FaceTime call with Duncan, Christian, and Cheyanne A. extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 161 | Image of FaceTime call with Duncan and Cheyanne A. extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 161A | Data regarding image of FaceTime call with Duncan, Christian, and Cheyanne A. extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 163 | Image of Life360 application extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 163A | Data regarding image of Life360 application extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 167 | Video extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/01/22 | 03/01/22 |
| 167A | Data regarding video extracted from cell phone seized from Duncan on Oct. 29, 2018 | 03/02/22 | 03/02/22 |
| 168 | Cell phone seized from Duncan on May 31, 2019 [FBI No. 1B10] | 02/24/22 | 02/24/22 |
| 168B | Stipulation regarding Government Exhibit 168 | 03/02/22 | 03/02/22 |
| 171 | Video extracted from cell phone seized from Duncan on May 31, 2019 | 02/24/22 | 02/24/22 |
| 171A | Data regarding video extracted from cell phone seized from Duncan on May 31, 2019 | 02/24/22 | 02/24/22 |
| 172 | Video extracted from cell phone seized from Duncan on May 31, 2019 | 02/24/22 | 02/24/22 |
| 172A | Data regarding video extracted from cell phone seized from Duncan on May 31, 2019 | 02/24/22 | 02/24/22 |
| 173 | Video extracted from cell phone seized from Duncan on May 31, 2019 | 02/24/22 | 02/24/22 |
| 173A | Data regarding video extracted from cell phone seized from Duncan on May 31, 2019 | 02/24/22 | 02/24/22 |
| 200 | Miramonte & Trovas rental application package for Christian | 03/01/22 | 03/01/22 |
| 201 | Miramonte & Trovas rental application for Christian | 03/01/22 | 03/01/22 |
| 202 | Miramonte & Trovas resident ledger for Christian | 03/01/22 | 03/01/22 |
| 203 | Stipulation regarding Miramonte & Trovas documents | 03/02/22 | 03/02/22 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 300 | T-Mobile call detail records for telephone number (916) 912-1375 | 02/24/22 | 02/24/22 |
| 301 | T-Mobile call detail records for telephone number (916) 370-1486 | 02/24/22 | 02/24/22 |
| 302 | FBI Cellular Analysis Survey Team Historical Mobile Device Location Analysis | 03/02/22 | 03/02/22 |
| 303 | T-Mobile call detail records for telephone number (916) 745-2096 | 02/24/22 | 02/24/22 |
| 400 | Adultsearch.com prostitution advertisement depicting Cheyanne A. | 02/28/22 | 02/28/22 |
| 401 | Adultsearch.com prostitution advertisement depicting Cheyanne A. | 02/28/22 | 02/28/22 |
| 500 | Motel 6 – Oakland Embarcadero invoice dated Sept. 12, 2018 | 02/28/22 | 02/28/22 |
| 501 | Motel 6 – Oakland Embarcadero invoice dated Sept. 13, 2018 | 02/28/22 | 02/28/22 |
| 600 | Life360 subscriber record listing telephone number (916) 745-2096 | 03/01/22 | 03/01/22 |
| 601 | Life360 subscriber records listing telephone (916) 912-8104 and "Ashley" | 03/01/22 | 03/01/22 |
| 700 | Image of Cheyanne A. from OPD Ofc. I. Quiambao's body worn camera on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 701 | Image of Cheyanne A. from OPC Ofc. I. Quiambao's body worn camera on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 702 | Image of Christian from OPD Ofc. D. Nguyen's body worn camera on Oct. 25, 2018 | 03/01/22 | 03/01/22 |
| 704 | Cellebrite report details for cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 705 | Contacts extracted from cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 706 | Call log extracted from cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 707 | SMS messages with telephone number (916) 745-2096 extracted from cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |


| Exhibit ID | Description | Offered | Admitted |
|---|---|---|---|
| 708 | SMS messages with telephone number (916) 745-2322 extracted from cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 709 | SMS messages with telephone number (916) 912-8104 extracted from cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 710 | Photo extracted from cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 710A | Data regarding photo extracted from cell phone seized from Christian on Oct. 25, 2018 | 02/28/22 | 02/28/22 |
| 711 | Cell phone seized from Cheyanne A. on Oct. 25, 2018 in Oakland [FBI No. 1B2] | 03/02/22 | 03/02/22 |
| 713 | Call log extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/02/22 | 03/02/22 |
| 714 | Life360 account extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/01/22 | 03/01/22 |
| 715 | Instant messages with telephone number (916) 745-2322 extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/02/22 | 03/02/22 |
| 718 | Photo extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/01/22 | 03/01/22 |
| 718A | Data regarding photo extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/01/22 | 03/01/22 |
| 719 | Photo extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/01/22 | 03/01/22 |
| 719A | Data regarding photo extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/01/22 | 03/01/22 |
| 720 | Video extracted from cell phone seized from Cheyanne A. on October 25, 2018 | 03/01/22 | 03/01/22 |
| 720A | Data regarding video extracted from cell phone seized from Cheyanne A. on Oct. 25, 2018 | 03/01/22 | 03/01/22 |
| 800 | Handwritten letter from Duncan to Christian | 03/01/22 | 03/01/22 |
| 801 | Sacramento County Sheriff's Department Requests for Correctional Services by Duncan | 03/01/22 | 03/01/22 |