Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Defendant*
ROBERT PIERRE DUNCAN

United States District Court
for the Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00090-KJM |
| *Plaintiff,* | Related Appeal No. 22-10278 |
| vs. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| ROBERT PIERRE DUNCAN, | |
| *Defendant.* | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Good cause appearing, this court grants the motion to withdraw as counsel and permits Robert J. Beles, the Law Offices of Beles & Beles, and Micah Reyner to withdraw as counsel for defendant Robert Pierre Duncan.

Dated:  February 21, 2025.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Motion to Withdraw as Counsel