Jesse Ortiz (CA Bar Assn. No. 176450)
**Ortiz Law Group P.C.**
681 W. Capitol Ave., Suite 201
Sacramento, CA  95814
Telephone:  (916) 443-9500
Facsimile:  (916) 443-9501

Attorneys for Defendant
ROBERT PIERRE DUNCAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT PIERRE DUNCAN,<br><br>            Defendant. | CASE NO.  2:19-CR-00090-KJM<br>Related Appeal No. 22-10278<br><br>**ORDER** |

**ORDER GRANTING MOTION TO WITHDRAW**

   Good Cause appearing, this court grants the motion to withdraw as counsel and permits Jesse Ortiz, Andres Salas, and the Ortiz Law Group to withdraw as counsel for Defendant Robert Pierre Duncan.

DATED:  April 10, 2025.

_____
UNITED STATES DISTRICT JUDGE