MICHELE BECKWITH
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00090-KJM |
|---|---|
| Plaintiff, | FINDINGS AND ORDER ON BRIEFING SCHEDULE FOR § 2255 PETITION |
| v. | |
| ROBERT PIERRE DUNCAN, | |
| Defendant. | |

The Court has read and considered the parties' stipulation for an amended briefing schedule filed on May 22, 2025. Stipulation Regarding Briefing Schedule for § 2255 Pet., ECF No. 266.

Based on the facts and procedural history contained in that stipulation, the Court FINDS that good cause exists to adopt the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED:

1. The current briefing schedule regarding the pending § 2255 petition in this matter is vacated.

2. On or before September 15, 2025, the defendant shall file either—

   a) A motion to amend the pending § 2255 petition; or

   b) A statement that the defendant does not intend to move to amend.

3. If the defendant files a motion to amend the pending § 2255 petition, the United States shall file a response to that motion to amend on or before October 15, 2025.

4. The United States shall file a response to the operative petition brought under 28 U.S.C. § 2255 on or before ninety days following either—

    a) The Court's resolution of the defendant's motion to amend; or

    b) The defendant's filing of a statement that he does not intend to move to amend.

5. The defendant shall file a reply to the government's response, if any, within sixty days of that response filed by the United States.

6. The Court will order hearings on any of the filings described above if it determines such hearings to be necessary.

IT IS SO ORDERED.

Dated: May 28, 2025

SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE BRIEFING SCHEDULE