MICHELE BECKWITH
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00090-KJM |
|---|---|
| Plaintiff, | FINDINGS AND ORDER ON BRIEFING SCHEDULE FOR § 2255 PETITION |
| v. | |
| ROBERT PIERRE DUNCAN, | |
| Defendant. | |

The Court has read and considered the parties' stipulation for an amended briefing schedule filed on May 14, 2025. Stipulation Regarding Briefing Schedule for § 2255 Pet., ECF No. 266.

Based on the facts and procedural history contained in that stipulation, the time that has elapsed since defendant's current counsel was appointed and the generalized nature of the explanation supporting the stipulation, the Court FINDS that good cause exists to adopt the parties' stipulation only in part.

Accordingly, IT IS HEREBY ORDERED:

1. The current briefing schedule regarding the pending § 2255 petition in this matter is vacated.

2. On or before October 15, 2025, the Defendant shall file either—

    a) A motion to amend the pending § 2255 petition; or

    b) A statement that the Defendant does not intend to move to amend.

3. If the Defendant files a motion to amend the pending § 2255 petition, the United States shall file a response to that motion to amend on or before November 3, 2025.

4. The United States shall file a response to the operative motion brought under 28 U.S.C. § 2255 on or before thirty (30) days following either—

    a) The Court's resolution of the Defendant's motion to amend the § 2255 petition; or

    b) The Defendant's filing of a statement that he does not intend to move to amend.

5. The Defendant shall file a reply to the government's response, if any, within fourteen (14) days of that response filed by the United States. The Court will order a hearing on the operative § 2255 petition if it determines such a hearing is necessary.

IT IS SO ORDERED.

DATED: September 16, 2025.

_____
UNITED STATES DISTRICT JUDGE