TONY FARMANI FARMANI
State Bar No. 211101
Farmani, APLC
P.O. Box 8727
Rancho Santa Fe, CA 92067
310-926-1150
Attorney for Defendant
Robert Pierre Duncan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00090-DC-SCR |
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATED EXTENSION OF TIME |
| v. | |
| ROBERT PIERRE DUNCAN, | |
| Defendant. | |

The Court has considered the parties' stipulation for an amended briefing schedule filed on March 13, 2026. Stipulation Amending Briefing Schedule for § 2255 Pet., Dkt. No. 279.

Based on the facts and procedural history contained in that stipulation, the Court FINDS that good cause exists to adopt the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED:

1.    The current briefing schedule regarding the pending § 2255 petition in this matter is vacated.

2.    On or before June 15, 2026, the defendant shall file either —

a)    A motion to amend the pending § 2255 petition; or

b)    A statement that the defendant does not intend to move to amend.

3.    If the defendant files a motion to amend the pending § 2255 petition, the United States shall file a response to that motion to amend on or before August 7, 2026.

4.    The United States shall file a response to the operative petition brought under 28 U.S.C. § 2255 on or before ninety days following either—

a)    The Court's resolution of the defendant's motion to amend; or

b)    The defendant's filing of a statement that he does not intend to move to amend.

5.    The defendant shall file a reply to the government's response, if any, within sixty days of that response filed by the United States.

6.    The Court will order hearings on any of the filings described above if it determines such hearings to be necessary.

IT IS SO ORDERED.

DATED: March 19, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE BRIEFING SCHEDULE

2